

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00064-CR

| | | |
|---|---|---|
| Archie Atkins | § | From the 371st District Court |
| | § | of Tarrant County (1287535R) |
| v. | § | December 4, 2014 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
  Justice Anne Gardner